JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAN JAIMES, | ) 2:20-cv-00734-JAK-MRWx |
| Plaintiff, | ) |
| v. | ) **ORDER RE:** |
| | ) **JOINT STIPULATION TO** |
| EXPERIAN INFORMATION SOLUTION, INC. | ) **DISMISS THIS ACTION** |
| | ) **WITH PREJUDICE (DKT. 45)** |
| Defendant. | ) |

The parties have filed a Joint Stipulation to Dismiss This Action With Prejudice (Dkt. 45). Consequently, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), this action is **DISMISSED WITH PREJUDICE**. Each party shall bear its own costs and attorney's fees.

**IT IS SO ORDERED.**

Dated this September 11, 2020 _____

John A. Kronstadt
United States District Judge